UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD A. TURNER,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　Defendants | Case No. 2:25-cv-02253-GMN-DJA<br><br>ORDER |

**I.　DISCUSSION**

On November 13, 2025, Plaintiff, who was then in the custody of the Nevada Department of Corrections ("NDOC"), initiated this lawsuit.  Plaintiff submitted a civil rights complaint under 42 U.S.C. § 1983 and an incomplete application to proceed *in forma pauperis* for inmates. (ECF Nos. 1, 1-1).

However, according to the NDOC inmate database, Plaintiff is no longer incarcerated.  To proceed with this case, Plaintiff will need to file both an updated address and submit an application to proceed *in forma pauperis* by a non-inmate.

Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  This Court grants Plaintiff until **December 19, 2025**, to file his updated address with the Court.  If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for inmates (ECF No. 1) as moot because Plaintiff is no longer incarcerated.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-inmate by

**December 19, 2025,** or pay the full filing fee of $405.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will file an updated address with the Clerk of the Court by **December 19, 2025**.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for inmates (ECF No. 1) is denied as moot.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that by **December 19, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-inmates; or (2) pay the full filing fee of $405.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: November 19, 2025

_____
UNITED STATES MAGISTRATE JUDGE